Kenneth S. Roosa, Esq.
Cooke Roosa, LLC
3380 C Street, Suite 202
Anchorage, Alaska  99503
Phone:  907-276-2744
Facsimile:  907-276-2746
Email: Kroosa@CookeRoosa.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RICHELLE and CHRISTOPHER LEATHEM, individually and as parents of P.L., a minor,<br>　　　　　　　　Plaintiffs,<br>Vs.<br>THE UNITED STATES OF AMERICA<br>　　　　　　　　Defendant | Case No: 3:10-CV-251- JWS<br><br>**Stipulation for Dismissal** |

　　　　The Plaintiff and the Defendant, via undersigned counsel, stipulate that this matter has been resolved via negotiated settlement and that this action should be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney fees.

DATED at Anchorage, Alaska this 8th day of March, 2012.

　　　　　　　　　　By:  s/ Kenneth S. Roosa
　　　　　　　　　　　　　Kenneth S. Roosa　　　ABA No. 8306063
　　　　　　　　　　　　　3380 C Street, Suite 202
　　　　　　　　　　　　　Anchorage, Alaska  99503
　　　　　　　　　　　　　Phone:  907-276-2744

Stipulation for Dismissal
Case No. 3:10-cv-251-JWS　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
Case 3:10-cv-00251-JWS   Document 21   Filed 03/08/12   Page 1 of 2

Facsimile: 907-276-2746
Email: Ken@cookeroosa.com

DATED at Anchorage, Alaska this 8th day of March, 2012.

By: s/ E. Bryan Wilson
E. Bryan Wilson
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Facsimile: 907-271-2344

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2012, a copy of the foregoing Document was served electronically on:

E. Bryan Wilson
Office of the US Attorney
US Dept. of Justice
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

/s/
Kenneth Roosa